**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-22878-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Renee R. Kline
2109 Victoria Avenue
New Kensington PA 15068

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case
by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of
Claim Other than for Security in the clerk's office of this court on 04/11/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 1: Bank of New York Mellon, C/O Weinstein, Pinson, & Riley, P.S., 2001 Western Avenue, Ste. 400, Seattle, WA 98121 | Wilmington Savings Fund, Society, FSB P.O.Box 514707, Los Angeles, CA 90051-47 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/14/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 14-22878-JAD
Renee R. Kline                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1          Date Rcvd: Apr 12, 2017
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
13912913         +Bank of New York Mellon,    C/O Weinstein, Pinson, & Riley, P.S.,
                  2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor   Nationstar Mortgage, LLC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jerry  Purcell   on behalf of Debtor Renee R. Kline  jerryjpurcell@yahoo.com
          Joseph A. Dessoye   on behalf of Creditor   Nationstar Mortgage LLC pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                              TOTAL: 7