**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 14-22878JAD |
| Renee R. Kline | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Doc # __40__ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| Vs. | ) | |
| | ) | |
| Renee R. Kline | ) | |
| Respondent(s) | ) | |

## ORDER

AND NOW, this 27th day of September, 2019, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice.  The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☒   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then t is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated.  So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed.  However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.   The Clerk shall give notice to all creditors of this dismissal.

D.   Any motion to reopen must be accompanied by the appropriate reopening

1

    fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

  E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

    (1) the time deadline provided by state law; or

    (2) 30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective _____.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ _____ with / _____ without prejudice, without further notice or hearing.

☐ Other: n/a

BY THE COURT:

Dated: 9/27/2019

_____
United States Bankruptcy Judge
jsf

FILED
9/27/19 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Renee R. Kline  
    Debtor

Case No. 14-22878-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dpas        Page 1 of 2        Date Rcvd: Sep 27, 2019  
                      Form ID: pdf900     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
```
db            +Renee R. Kline,    2109 Victoria Avenue,    New Kensington, PA 15068-2132
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 619096,
               Dallas, TX  75261-9741)
13889941      +Allegheny Valley Hospital,    P.O. Box 951871,    Cleveland, OH 44193-0020
13912913      +Bank of New York Mellon,    C/O Weinstein, Pinson, & Riley, P.S.,
               2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13889942      +City of Arnold,    1829 5th Avenue.,    Arnold, PA 15068-4498
13986918      +City of Arnold Garbage and Sewage,    c/o Pa.M.S.,    336 Delaware Ave,    Oakmont, PA 15139-2138
13889943      +First Premier,   c/o Asset Recovery Solutions LLC,    2200 E. Devon Avenue -Suite 200,
               Des Plaines, IL 60018-4501
13889944      +First Premier Bank,   c/o FMS,    P.O. Box 707600,    Tulsa, OK 74170-7600
13889946      +MedExpress,    P.O.Box 719,    Dellslow, WV 26531-0719
13889948      +Nationstar Mortgage LLC,    c/o McCabe, Weisberg and Conway, PC,    123 South Broad Street,
               Suite 1400,    Philadelphia, PA 19109-1060
13889950      +Pennsylvania Municipal Service Co.,    336 Delaware Ave. Dept. U-011-A,    Oakmont, PA 15139-2138
13916988      +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866
13889956      +UPMC Physician Services,    417 Bridge Street,    Danville, VA 24541-1403
13889957      +UPMC Presbyterian,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13889959      +Usha Sivakumar, MD LLC,    2410 Northside Drive,    Clearwater, FL 33761-2236
14401540       Wilmington Savings Fund, Society, FSB,    P.O.Box 514707, Los Angeles, CA 90051-47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13889940      +E-mail/Text: bankruptcy@emeraldar.com Sep 28 2019 02:44:18      A V Medical Imaging,
               c/o Emerald AR Systems LLC,    P.O. Box 843161,    Los Angeles, CA 90084-3161
13889945      +E-mail/Text: bankruptcydepartment@tsico.com Sep 28 2019 02:45:07      Hometown Oxygen,
               c/o Transworld Systems, Inc.,    P.O. Box 15520,    Wilmington, DE 19850-5520
13889947      +E-mail/Text: bankruptcydepartment@tsico.com Sep 28 2019 02:45:07      MedExpress Urgent Care,
               c/o NCO Financial Systems, Inc.,    P.O. Box 15273,    Wilmington, DE 19850-5273
13889952      +E-mail/Text: bankruptcydepartment@tsico.com Sep 28 2019 02:45:07
               Unversity of Pittsbugh Physician,    c/o NCO Financial Systems Inc.KGPORT,    P.O. Box 15273,
               Wilmington, DE 19850-5273
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
13889949*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    350 Highland Drive,
               Lewisville, TX 75067)
13889951*     +Pennsylvania Municipal Service Co.,    336 Delaware Ave. Dept. U-011-A,    Oakmont, PA 15139-2138
13889958*     +UPMC Presbyterian,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13889953*     +Unversity of Pittsbugh Physician,    c/o NCO Financial Systems Inc.KGPORT,    P.O. Box 15273,
               Wilmington, DE 19850-5273
13889954*     +Unversity of Pittsbugh Physician,    c/o NCO Financial Systems Inc.KGPORT,    P.O. Box 15273,
               Wilmington, DE 19850-5273
13889955*     +Unversity of Pittsbugh Physician,    c/o NCO Financial Systems Inc.KGPORT,    P.O. Box 15273,
               Wilmington, DE 19850-5273
                                                                                 TOTALS: 2, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2        User: dpas              Page 2 of 2             Date Rcvd: Sep 27, 2019
                            Form ID: pdf900         Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
            bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          Jerry   Purcell    on behalf of Debtor Renee R. Kline jerryjpurcell@yahoo.com
          Joseph A. Dessoye    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```