SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.  *Intake Clerk* *

        2.  *Case Administrator*

FROM:  *Financial Administrator*

DATE: 12/2/2019

CASE NAME: Kline

CASE NUMBER: 14-22878

Check Number 1138867 in the amount of $ 578.21 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 16484     Intake Clerk's Initials: LF

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F



# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR
STANDING TRUSTEE**
11/26/2019

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: RENEE R. KLINE

Case No: 14-22878JAD

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

    Wilmington Savings Fund Society Fsb Dba Christiana Trust - Trustee
    C/O Rushmore Loan Management Svcs Llc
    Po Box 514707
    Los Angeles, CA 90051

CHECK NUMBER 1138867    AMOUNT $578.21

    The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

    /s/ Jackie Blough
    Administrative Assistant
    for Ronda J. Winnecour, Esq.
    Chapter 13 Trustee

CC: JERRY PURCELL ESQ++
RENEE R. KLINE

Wilmington Savings Fund Society Fsb Dba Christiana
Trust - Trustee