**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RENEE R. KLINE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.:14-22878 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 07/17/2014 and confirmed on 08/21/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,515.65 |
| Less Refunds to Debtor | 657.11 | |
| TOTAL AMOUNT OF PLAN FUND | | 48,858.54 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 1,986.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,986.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 27,773.52 | 0.00 | 27,773.52 |
|   Acct: 8734 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 14,487.93 | 12,878.83 | 0.00 | 12,878.83 |
|   Acct: 8734 | | | | |
| CITY OF ARNOLD (TRASH) | 1,098.94 | 919.61 | 0.00 | 919.61 |
|   Acct: 0700 | | | | |
| CITY OF ARNOLD (SWG) | 862.47 | 721.74 | 0.00 | 721.74 |
|   Acct: 0700 | | | | |
| | | | | 42,293.70 |
| **Priority** | | | | |
| JERRY PURCELL ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RENEE R. KLINE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RENEE R. KLINE | 657.11 | 657.11 | 0.00 | 0.00 |
|   Acct: | | | | |
| PURCELL LAW OFFICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 14-22878 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| JERRY PURCELL ESQ++ | | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| CITY OF ARNOLD (PERCAP) | | 334.76 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX2-12 | | | | | |
| CITY OF ARNOLD (TRASH) | | 1,791.26 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX0700 | | | | | |
| CITY OF ARNOLD (SWG) | | 5,497.78 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX0700 | | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8734 | | | | | |
| CLERK, U S BANKRUPTCY COURT | | 578.21 | 578.21 | 0.00 | 578.21 |
| Acct: XXXXXXXXXXXXXXXXXIETY | | | | | |
| | | | | | 578.21 |
| Unsecured | | | | | |
| AV MEDICAL IMAGING INC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX9355 | | | | | |
| ALLEGHENY VALLEY HOSPITAL | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX5650 | | | | | |
| FIRST PREMIER BANK | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX3629 | | | | | |
| FIRST PREMIER BANK | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3707 | | | | | |
| HOMETOWN OXYGEN++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX5113 | | | | | |
| MED EXPRESS BILLING | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX3908 | | | | | |
| MED EXPRESS BILLING | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX9692 | | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3027 | | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3028 | | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3027 | | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX2101 | | | | | |
| UPMC PHYSICIAN SERVICES++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX1000 | | | | | |
| UPMC REHABILITATION | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX3268 | | | | | |
| UPMC REHABILITATION | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX3296 | | | | | |
| USHA SIVAKUMAR MD++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX4830 | | | | | |
| PEOPLES NATURAL GAS CO LLC* | | 1,478.01 | 0.00 | 0.00 | 0.00 |
| Acct: 0742 | | | | | |
| NATIONSTAR MORTGAGE LLC** | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| JAMES C WARMBRODT ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                                                42,871.91

```
TOTAL CLAIMED
  PRIORITY             8,202.01
  SECURED             16,449.34
  UNSECURED            1,478.01
```

Date: 12/06/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com